# IN THE UNITED STATES COURT OF APPEAL
# FOR THE ELEVENTH CIRCUIT

## 14-10446-A

UNITED STATES OF AMERICA,

Plaintiff / Appellee,

v.

PASQUALE PAPPALARDO,

Defendant / Appellant.

On Appeal from the United States District Court for the
Southern District of Florida

## APPELLANT'S MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

GUY A. LEWIS
FLA. BAR NO. 623740
LEWIS TEIN PL
THE OFFICES AT COCOWALK
3059 GRAND AVENUE, SUITE 340
COCONUT GROVE, FLORIDA 33133
TELEPHONE:  (305) 442-1101
FACSIMILE:   (305) 442-6744

## THIS CASE IS ENTITLED TO PREFERENCE
## (CRIMINAL APPEAL)

United States v. Pasquale Pappalardo
14-10446-A

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rules 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rule 26.1-1, undersigned counsel files this list of persons and entities that have an interest in the outcome of this case:

Agovino, Pasqualino, co-defendant

Aldazabal, Mauricio, co-defendant counsel

Al-Dabba, Ibrahim, co-defendant

Barzee, William, co-defendant counsel

Beckerleg, William H., Assistant United States Attorney

Belarski, Irene, victim

Bleich, Michael, co-defendant

Bloomquist, Charles, co-defendant

Borkowicz, Peter, co-defendant

Cariglio, Jr., Gennaro, co-defendant counsel

Caruso, Michael, Federal Defender

Caccia, Ralph J., co-defendant counsel

C-1 of 5

United States v. Pasquale Pappalardo
14-10446-A

Chapman, Vivenne, victim

Conner, Jerome, victim

Crapella, Joseph, co-defendant

Davis, Ricardo, co-defendant

DeFabio, Joel, co-defendant counsel

Dickson, Strider, Assistant United States Attorney

Diker, William, victim

Dimitrouleas, William P., United States District Court Judge

Ditroia, Paride, co-defendant

Duany, Louis, co-defendant

Faccone, Christopher, co-defendant

Ferrer, Wifredo, United States Attorney

Gershman, Robert, co-defendant counsel

Gonzalez, Jr., Manuel, co-defendant counsel

Hagans, Ralph, co-defendant counsel

Harrington, Diana, co-defendant

United States v. Pasquale Pappalardo
14-10446-A

Horn, Mary Anne, victim

Isaacson, Kathleen, victim

Kaplan, Jeffrey, Assistant United States Attorney

Kaufman, Allen, co-defendant counsel

Keller, Holly, victim

Kimball, Joseph, unindicted co-conspirator

Kritzer, Glenn, co-defendant counsel

Lee, Charles, co-defendant

Levin, Albert, co-defendant counsel

Levine, Mark, co-defendant counsel

Lohman, Mary, victim

Lovinsky, Audwin, co-defendant

Lewis, Guy A., counsel for appellant Pasquale Pappalardo

Lowton, Ashley, co-defendant

Machado, Danilo, unindicted co-conspirator

Marlowe, Martin, victim

United States v. Pasquale Pappalardo
14-10446-A

Nagy, Peter, co-defendant

Oliver, Milton, co-defendant

Pappalardo, Pasquale, appellant

Patanzo, Peter T., counsel for Lovinsky, Audwin

Pena, Robert, unindicted co-conspirator

Pless, Lewis, victim

Risavy, Thomas, co-defendant counsel

Roberts, David, Special Agent FBI

Rockmore, Kenneth, co-defendant

Rodriguez, Alvaro, co-defendant

Ross, Clinton, co-defendant

Roth, Martin, co-defendant counsel

Rypins, Christa, victim

Scheel, Michael, co-defendant

Schultz, Anne R., Assistant United States Attorney

Segura, Marco, co-defendant

United States v. Pasquale Pappalardo
14-10446-A

Slayer, Kathleen M., Assistant United States Attorney, Appellate Chief

Smith, Michael, co-defendant counsel

Smith, Steven, victim

Stewart, Harold, victim

Swartz, Kenneth, co-defendant counsel

Taylor, Neil, co-defendant counsel

Thompson, Eleanor, victim

Vitek, Bernie, victim

Walker, Patricia, co-defendant

IN THE UNITED STATES COURT OF APPEAL
FOR THE ELEVENTH CIRCUIT

Case No.: 14-10446-A

UNITED STATES,

    *Plaintiff/Appellee*,

v.

PASQUALE PAPPALARDO,

    *Defendant/Appellant*.

_____/

## APPELLANT'S MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

    The Appellant, Pasquale Pappalardo hereby withdraws his appeal filed with the United States Court of Appeals for the Eleventh Circuit from the judgment and sentence imposed on January 29, 2014 and from the money judgment of forfeiture.

    Accordingly, based on the attached declaration of Pasquale Pappalardo, the Appellant moves this Court for voluntary dismissal with prejudice of this appeal, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Dated: July 22, 2014

1

Respectfully submitted,

    LEWIS TEIN, P.L.
    *Counsel for Defendant-Appellant*
    The Offices at Cocowalk
    3059 Grand Avenue, Suite 340
    Coconut Grove, Florida 33133
    Telephone:  (305) 442-1101
    Facsimile:   (305) 442-6744

By: __*/s/ Guy A. Lewis*____
      Guy A. Lewis
      Fla. Bar No. 623740
      lewis@lewistein.com

## Declaration of Pasquale Pappalardo

I, Pasquale Pappalardo, hereby declare the following:

1. On January 29, 2014, the District Court for the Southern District of Florida entered a judgment and sentence. On the same day, the district court entered a money judgment and forfeiture. On January 31, 2014, I filed a notice of appeal. The appellant's initial brief is currently due July 25, 2014.

2. After consideration of this matter with my attorneys, I now move to dismiss the appeal of the district court's Judgment, Sentence, and Money Judgment of Forfeiture.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTUED July 14, 2014, in _Miami_, Florida.

*Pasquale Pappalardo*
Pasquale Pappalardo,
Appellant

3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 22, 2014, I electronically filed the foregoing document with the Eleventh Circuit via CM/ECF, which will automatically send e-mail notifications of such filing to all attorneys of record. In addition, I have served all counsel of record identified on the following service list via U.S. Mail.

____/s/ Guy A. Lewis____
Guy A. Lewis

**Service List:**

Kathleen M. Slayer
Chief Appellate Division
United States Attorney's Office
99 Northeast Fourth Street
Miami, Florida 33132

Peter Thomas Patanzo
Benjamin & Aaronson, PA
1 Financial Plz. Suite 1615
Ft. Lauderdale, FL 33394
Email: ppatanzo@bellsouth.net

William H. Beckerleg, Jr.
U.S. Attorney's Office
500 E. Broward Blvd.
Fort Lauderdale, FL 33394

Strider L. Dickson
U.S. Attorney's Office
500 E. Broward Blvd.
Fort Lauderdale, FL 33394

Jeffrey Kaplan
U.S. Attorney's Office
500 E. Broward Blvd.
Fort Lauderdale, FL 33394

Wifredo A. Ferrer
U.S. Attorney's Office
99 NE 4th Street, Suite 530
Miami, FL 33132